Us District Court

**ORIGINAL** Northern District of Texas

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2011 NOV 22 AM 11: 18

DEPUTY CLERK

## Civil complaint
### COPYRIGHT INFRINGEMENT

# 3=11CV3234-N

Everett Watson
Plaintiff

Vs

MSNBC
Defendant

Attorney: Pro Se
Everett Watson
4005 pickwick ln
Killeen, Texas 76543
(254)690-6086

Attorney: unknown
MSNBC CORPORATE OFFICE
One Microsoft Way
Redmond, Washington 98052

Us District Court

Northern District of Texas

# Civil complaint

Everett Watson
Plaintiff

Vs

MSNBC
Defendant

PROOF OF SERVICE

I (Everett Watson) the plaintiff in the above captioned case state that I have sent copies of this case to the defendants in this case at the address listed below. It was sent by regular U.S. Mail from Temple Texas. It was sent as required by the federal rules of civil procedure and the rules of your honors court.

JURISDICITION
U.S.C. TITLE 28 PART IV CHAPTER 85 & 1357 INJURIES UNDER FEDERAL LAWS **§ 1357. Injuries under Federal laws** *The district courts shall have original jurisdiction of any civil action commenced by any person to recover damages for any injury to his person or property on account of any act done by him, under any Act of Congress, for the protection or collection of any of the revenues, or to enforce the right of citizens of the United States to vote in any State*

Us District Court

Northern District of Texas

COMPLAINT

Your honor, I come before the court under according to the federal rules of civil procedure seeking the assistance. I accuse the defendants in this case (MSNBC) of copyright infringement. The defendants in this case are in violation of the following copyright laws. **17 U.S.C. § 501 : US Code - Section 501: Infringement of copyright.  17 U.S.C. § 102 : US Code - Section 102: Subject matter of copyright: In general**: I have listed each violation in its entirety. The defendants broadcasted a special on November /11/2011 at 10 pm eastern standard time titled as follows; **'Michael Jackson & The Doctor: A Fatal Friendship'.** Your honor I (Everett Watson) the plaintiff in this case state that I have exclusive rights to the subject matter and material that the defendants have projected to the viewing audience. The defendants are in violation of the statues listed below. I have authored the script and movie of Michael Joseph Jackson. I submitted the documents originally on 2/8/2011. I then resubmitted the animated film in 7/2011. It included the animated film, the written script, and lyrics that are to be used in the film. The film is about the death of Michael Joseph Jackson. Unless Michael Jackson is alive; the defendants had no right to produce, promote, broadcast, or specifically broadcast an interview with the defendant for 1 hour after he was convicted of involuntary manslaughter. The title of the documentary itself is about a fatal friendship. Fatal is about death. It includes the Doctor and Michael Jackson. He is telling a story about the death of Michael Jackson from propofol. The movie I have written is called the 'Murder of Michael Jackson the perfect murder'. I have spent 2 years working on this book and movie. I have rights to the subject matter. I sent an earlier version of the script to a law firm in 2/10/2011 where it was in the early stages of development. The firm is MWR legal. The marketing manager is Christopher A. Choate. I went to the law firm because Sony would not take any unsolicited material. I had entered into a partial agreement with the firm to produce and market the film when I was done with the script. I include the email from the marketing director for you to look at. Your honor the defendants (MSNBC) is trying to portray Conrad Murray in a manner that is in direct conflict with the trial results. That is in conflict eith the results of the trial. If the documentary strays from the actual events that led to the death of Michael Jackson and the manner that he died including the culprit. It is not a documentary. It is a work from the mind of the author Conrad Murray. It is a work that he sold to (MSNBC) before the verdict was given. If he wanted to tell the world about the great friendship he had with Michael Jackson. I have no problem with that at all. It is legal. There is no such thing as a fatal friendship that includes the murder you stand convicted of. It is the same story in entirety with a twist that leads to the murder of Michael where Conrad Murray is not guilty and Michael Jackson is guilty of killing himself. The fatal part of the one hour movie is the death of Michael. It is not about a friendship. It is about the death of Michael Jackson. Your honor I have more than 3 hours of script, scenes and footage that I have compiled for this movie. The damage from this one hour segment is harmful and is irreparable. The viewing audience has seen the court case and heard testimony from the doctor. He gave his statement to the police. The statement made by MSNBC is not correct about Conrad Murray not testifying. He gave a long statement to the police department. The documentary is a one hour movie on the murder of Michael Jackson where Conrad Murray tells a story other than what occurred; pertaining to the death of Michael Jackson.  A event viewers watched for more than 2 years! **A documentary is defined as a historical record of events that occurred.** The man is appealing his conviction at this present time. The subject of the documentary is a story where the Doctors tells of a story of a non-existing friendship that exist with him and Michael

Jackson. He has never been seen or photographed with Michael Jackson to support the friendship claim. He goes on to say that as his best friend he agreed to give Michael Jackson propofol at Michael Jacksons home. He states that the investigation was not correct and Michael Jackson was never in any danger when he was given the propofol. He maligns Michael Jackson and states that Michael Jackson kills himself and he is innocent. My script involves the death of Michael Jackson. The c.p.r. attempt. The transporting of Michael Jackson to the hospital! The discovery of the propofol! The quest to find out who gives Michael the propofol! It covers other suspects. It reveals Conrad Murray as a potential suspect without a clear motive then goes on to present a possible motive for the murder. It also list another possible suspect who could benefit as much as Conrad Murray if he is found not guilty after accusing Michael Jackson of murder! The subject of my script is Michael Jackson's murder. Your Honor. Conrad Murray had no right to sell any story under the guise of A documentary to anyone. That story is copyrighted. There are so many elements in the Work <u>' Michael and the doctor: A fatal friendship'</u> that are protected from reproduction by anyone without my consent it has to prevented from further broadcast or I will not be able to profit from my work. The law states plainly that any copyright protected material has to have authorization from the owner before it can be reproduced in any fashion in any manner. The **Work was sold** to MSNBC. It was not the history of the trial as a true documentary would be. You can compare true documentaries and how the subject parallel record events in history that have already occurred. There are many documentaries available that the court can view to see how it is done. If the court would view the show and read my script and view the trial and the events as they occurred. You will see that the show titled <u>' Michael and the doctor: A fatal friendship'</u> has all of the elements from my story and does not follow what actually occurred during the trial. It will reveal that the trial is recorded history. The show <u>' Michael and the doctor: A fatal friendship'</u> was an independent work that Conrad Murray sold to MSNBC to make money; which has the elements that my script has. A script which I have the rights to! There is no question or issue to determine who the main characters are. The main characters are Michael Jackson and Conrad Murray in both stories. Both stories are about the death of Michael Jackson. The manner of death is by propofol in both stories. Both stories have the same theme as to how the propofol was administered. Both stories involve the investigation of the death. Both stories touch on the relationship between the doctor and Michael Jackson. My story was copyrighted 2/8/2011. The documentary was copyrighted latter. Even though Conrad Murray is one of the main characters he has no rights since it was a public trial and he was convicted of involuntary manslaughter. He has no right to Michael Jackson either. He violated a relationship with Michael as his doctor. A Doctor patient relationship! He had no right to sell that to MSNBC.

Us District Court

Northern District of Texas

Mr. Jackson,

Please send your manuscript to my email address here at the firm, achoate@mwrlegal.com

We look forward to reviewing the material and offering you guidance.

Sincerely,

Austin Choate

**CHRISTOPHER A. CHOATE**

marketing manager

O: 512.320.0601

F: 512.320.0695

620 Congress Ave | Third Floor | Suite 320 | Austin, Texas 78701

mwrlegal.com

Mr. Watson,

Us District Court

Northern District of Texas

I enjoyed taking a look at your script- I shared it with one of our attorneys and we do think we should be able to help in your current situation.

We would be glad to do a bit of research on prior case law and determine your legal liability in the current situation. We will be able to determine whether your play is safe to sell as it currently is written, or if you should use alternate names, or tweak the character's descriptions/ your accusations in the story, etc.

To get started, we would need to collect a retainer of $550 to cover up to two hours of attorney time, at our associate rate of $275/hr. (any retainer that remains unspent will be returned to you at your request)

If this sounds agreeable then I will prepare an engagement agreement for you to sign and we will get started as soon as you are ready.

Don't hesitate to call or email me if you have any questions.

Sincerely,

Austin Choate

**CHRISTOPHER A. CHOATE**

marketing manager

Us District Court

Northern District of Texas

O: 512.320.0601

F: 512.320.0695

620 Congress Ave | Third Floor | Suite 320 | Austin, Texas 78701

mwrlegal.co

Mr. Watson,

Attached find your engagement agreement with the firm, reflecting a $550 retainer. Once the document has been executed, feel free to return it through email, fax, or post.

You can call me at 512-320-0601 with credit card information, or simply mail us a check. We look forward to getting started!

Sincerely,

Austin Choate

Mr. Watson,

To prepare our engagement agreement I will need you to send me:

Your full name

Your physical address

I understand time is of the essence, so as soon as I receive your information I will send you an engagement agreement reflecting your $550 retainer. You can call us to pay this retainer by credit card or simply mail us a check along with your signed engagement agreement.

As soon as payment is received our attorneys will begin preparing an official memo with notice on how to depict real characters in a fictitious/"based on a true story" creative work.

Thank you,

Austin

**From:** Everett Watson [mailto:everettwatson@hotmail.com]
**Sent:** Thursday, February 10, 2011 9:13 AM
**To:** Austin Choate
**Subject:** RE: MWR Legal review- Murder of Michael

## CHRISTOPHER A. CHOATE

marketing manager

O: 512.320.0601

F: 512.320.0695

620 Congress Ave | Third Floor | Suite 320 | Austin, Texas 78701

mwrlegal.com

**Sender is not a licensed attorney** and nothing in this transmittal should be construed as the giving of legal advice. NOTICE: This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail. Please virus check all attachments to prevent widespread contamination and corruption of files and operating systems. Nothing contained in this message or in any attachment shall constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act or any other statute governing electronic transactions.

IRS Circular 230 Notice: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

**From:** everett watson [mailto:everettwatson@hotmail.com]
**Sent:** Thursday, February 10, 2011 1:35 PM
**To:** Austin Choate
**Subject:** RE: MWR Legal review- Murder of Michael Jackson

### 17 U.S.C. § 501 : US Code - Section 501: Infringement of copyright

"(b) The legal or beneficial owner of an exclusive right under a copyright is entitled, subject to the requirements of section 411, to institute an action for any infringement of that particular right committed while he or she is the owner of it. The court may require such owner to serve written notice of the action with a copy of the complaint upon any person shown, by the records of the Copyright Office or otherwise, to have or claim an interest in the copyright, and shall require that such notice be served upon any person whose interest is likely to be affected by a decision in the case. The court may require the joinder, and shall permit the intervention, of any person having or claiming an interest in the copyright."

17 U.S.C. § 102 : US Code - Section 102: Subject matter of copyright: In general:

(a) Copyright protection subsists, in accordance with this title, in original works of authorship fixed in any tangible medium of expression, now known or later developed, from which they can be perceived, reproduced, or otherwise communicated, either directly or with the aid of a machine or device. Works of authorship include the following categories:
(1) literary works;
(2) musical works, including any accompanying words;
(3) dramatic works, including any accompanying music;
(5) pictorial, graphic, and sculptural works;
(6) motion pictures and other audiovisual works;
(7) sound recordings; and

17 U.S.C. § 113 : US Code - Section 113: Scope of exclusive rights in pictorial, graphic, and sculptural works

```
(a) Subject to the provisions of subsections (b) and (c) of this
section, the exclusive right to reproduce a copyrighted pictorial,
graphic, or sculptural work in copies under section 106 includes
the right to reproduce the work in or on any kind of article,
whether useful or otherwise.
```

# *Friedman v. Guetta*

In *Friedman v. Guetta*, Friedman's photograph was originally published in a 1994 book of Friedman's photographs. Guetta claimed that he obtained a copy of the photograph without a copyright notice from the Internet after he came across it by "chance," and that he did not know it had been published in Friedman's book. Guetta made several different works using Friedman's photograph, including: (i) the Stencil Work pictured above; (ii) a work depicting two of the rappers from the photograph combined with an old photo of a couple (the "Old Photo Work"); (iii) a work that was made by "hand-painting a projected altered reproduction of the photograph" on a canvas banner (the "Banner Work"); and (iv) a work that was made by tracing the photograph on wood and gluing 1000 pieces of broken phonographic records onto the wood (the "Broken Records Work"). Guetta sold the original Banner Work and prints of the Old Photo Work and used the images to promote his 2008 exhibition titled *Life is Beautiful*.₁ The Stencil Work and the Broken Records Work were displayed at the exhibition, but were not sold or otherwise used to promote the show. In his May 27th decision, Judge Pregerson rejected Guetta's argument that he did not copy the protectable, or original, elements of the photograph. Guetta had argued that Friedman's depiction of the rap group was common, or *scenes á faire*, and was therefore only entitled to thin copyright protection against near-verbatim copy-

Attorney Advertising

Three federal courts in New York and Los Angeles have recently held that the use of pre-existing photographs by "appropriation" artists did not fall within the "fair use" exception to copyright protection under Section 107 of the federal Copyright Act. The most recent of the three decisions, which has not been widely reported, was issued on May 27, 2011, in a case brought by photographer Glen E. Friedman against Thierry Guetta (a/k/a Mr. Brainwash) for copyright infringement. Judge Dean D. Pregerson of the Central District of California granted summary judgment for Friedman, finding that Guetta's works were substantially similar to Friedman's famous photograph of the rap group Run D.M.C., and that Guetta's use of the photograph was not a fair use. No notice of appeal has yet been filed. Friedman's original photograph and Guetta's work, using a traced stencil of the photograph on canvas (the "Stencil Work"), are pictured below. The relevant legal points made in friedman v Guetta is not the photo but the copyright of the photo and the elements of the photo were essential to the work. No matter what he did to the work; the photo was the essential element of the work which was copyrighted. That is the same issue in this case. The main elements in 'Michael and the doctor: A fatal friendship' are copyrighted and without those elements (elements that are copyright protected) MSNBC has no story. Your honor, the interview is not an original interview. He was interviewed by the police. He statements made to the police were read in open court. A documentary would be an exact history of the trial.

The documentary has a title.

Us District Court

Northern District of Texas

1.) 'Michael Jackson and the doctor: A fatal friendship.' As a documentary it would not have to have a title. It would be called the trial of Conrad Murray.
2.) It is advertised as Conrad Murray agrees to testify for the first time. He has already testified. It is about the murder. I have a script and scenes which is on the same subject verbatim. The murder of Michael Jackson.
3.) Conrad Murray is still going to trial. He is appealing his conviction. That is not history.
4.) Everything he is talking about was not included in the trial. It cannot be classified as a documentary. The documentary called 'Michael Jackson and the doctor A fatal friendship ' is actually a work on the murder of Michael Jackson which I have exclusive copyrighted material on the subject.
5.) Pau003542030 2/8/2011 is the number of the first submission to the copyright office 2/8/2011. I have another script and animated movie that is at the copyright office which I have not received a certificate for.
6.) I started this work the day that Michael Jackson was found dead and it was broadcast on T.V. live.
7.) Your honor. Conrad Murray states that he was Michael Jackson friend in the title. A doctor patient relationship is not classified as a friendship. He requested 5 million dollars from Michael Jackson. He bartered his services. That is included in the trial documents. Everything that he is claiming is not a documentary. It is a work which I have exclusive rights to.

Argument and law

As an original work it is a direct infringement on my script and movie titled 'The murder of Michael Jackson the perfect murder". U**17 U.S.C. § 501- Section 501: Infringement of copyright** *"(b) The legal or beneficial owner of an exclusive right under a copyright is entitled, subject to the requirements of section 411,to institute an action for any infringement of that particular right committed while he or she is the owner of it.*.S. code . By law I am entitled to bring this suit if a infringement exists on material that I have copyrighted prior to the broadcast of the show on 11/11/2011 at 10:00 pm.     According to law. 17 U.S.C. § 102 : US Code - Section 102: Subject matter of copyright: In general:

```
(a) Copyright protection subsists, in accordance with this title, in original
works of authorship fixed in any tangible medium of expression, now known or
later developed, from which they can be perceived, reproduced, or otherwise
communicated, either directly or with the aid of a machine or device. Works
of authorship include the following categories:
(1) literary works;
(2) musical works, including any accompanying words;
(3) dramatic works, including any accompanying music;
(5) pictorial, graphic, and sculptural works;
(6) motion pictures and other audiovisual works;
(7) sound recordings; and
```

My works include literary, musical, dramatic, pictorial, graphic, and motion picture material. It is completely on the murder of Michael Jackson and the investigation from the beginning to date.

I have exclusive rights. According to law. 17 U.S.C. § 113 : US Code - Section 113: Scope of exclusive rights in pictorial, graphic, and sculptural works

```
(a) Subject to the provisions of subsections (b) and (c) of this
section, the exclusive right to reproduce a copyrighted pictorial,
graphic, or sculptural work in copies under section 106 includes
the right to reproduce the work in or on any kind of article,
```

whether useful or otherwise.

MSNBC Does not nor did I ever give them the right to broadcast that material. Conrad Murray did not have the right to the material even though the trial is about him. It is more about the murder of Michael and who killed Michael Jackson. He was one of many suspects, He accused many people. He is still claiming Michael committed suicide. He has no rights whatsoever in this matter to give MSNBC to produce and broadcast that program as a matter of law. It is not a documentary.

Your honor in <u>Friedman vs Guetta</u> the court ruled that an altered photograph is still copyrighted material. Guetta lost and Friedman won because it was Friedman photograph. It was used for profit and the fair use rule was not applicable. In this case it is the subject matter which is exclusively about the death of Michael Jackson and has been titled a documentary. I have communicated with lawyers to market the film to Sony. They have read the script. The material that they were issued is less than the material that I have copyrighted. The court is welcome to contact the law firm M.W.R. about the existence of the script. I will also provide a copy to the court to view.

## REMEMEDY

Your honor I am requesting that you issue a **cease and decease order** to MCNBC. Stop further broadcast of the alleged documentary until further notice! When it has been decided by your honorable court as to the actual owner of the subject matter involved. The owner can proceed with the sale and distribution of the material in question; which is the story of **'the murder of Michael Joseph Jackson'**.

I also request that all proceeds sales, advertising, promotional slots, commercials, future sales, from MSNBC from the date they announced they were going to broadcast the documentary of "<u>Michael and the doctor a fatal friendship</u>' be temporarily be set aside. The proceeds from the **'this is it'** movie and all revenue from Michael Jacksons estate has been more than 300 million dollars in 2010. I envisioned making a sizable profit from the film. A portion of the proceeds from the project I am working on is intended to go to building the hospital that Michael Jackson wanted to build; according to the recording of Michael Jackson made by Conrad Murray. I am an Electrical Contractor and a master Electrician. That is not relevant, but the funds needed (to build the hospital) are severely jeopardized by this broadcasting; referring to the documentary broadcasted by the defendants.

Your honor I am bringing this Pro se. I motion the court to allow me additional time to prepare for trial. This request is not affected by any response from the defendants other than a acknowledgment of the copyright infringement.

JS 44 (TXND Rev. 2/10)

# CIVIL COVER SHEET
## ORIGINAL

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS
Everett Watson

**(b)** County of Residence of First Listed Plaintiff  **BELL**
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
PRO SE

### DEFENDANTS
MSNBC

County of Residence of First Listed Defendant  Redmond, washington
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

3-11CV3234-N

Attorneys (If Known)
UNKNOWN

CLERK, U.S.
NORTHERN DISTRICT

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument |  ☐ 365 Personal Injury - Product Liability |  | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☒ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 840 Trademark | ☐ 480 Consumer Credit |
|  | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health |  | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability |  | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land |  / ☐ 530 General |  |  |  |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty | **IMMIGRATION** |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  |  |
|  |  / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 446 Amer. w/Disabilities - Other / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions |  |  |
|  | ☐ 440 Other Civil Rights |  |  |  |

### V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
17 usc 501 copyright infringement
Brief description of cause:
Copyright infringement on movie script

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 10,000,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

### VIII. RELATED CASE(S) PENDING OR CLOSED:
(See instructions)
JUDGE _____ DOCKET NUMBER _____

DATE 11/18/2011
SIGNATURE OF ATTORNEY OF RECORD
*[signature]*

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____



Desoto District Kwick To Go
405 E Pleasant Run
Desoto, Texas 75115

US District Court
Northern District of Texas
Clerk of Courts
1100 Commerce Street Room 1452
Dallas, Texas 75242

RECEIVED
NOV 22 2011

U.S. POSTAGE PAID
LANCASTER
NOV 18
AMOUNT
$1.05
75242
1000
UNITED STATES POSTAL SERVICE